# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Michael A. Cunningham        )
                                        )
                                        )    **Bankruptcy No.** 11 B 50056
                                        )
    **Debtor(s)**                       )
                                        )
                                        )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   September 26, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D. Levey is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: August 14, 2013

In re: Michael A. Cunningham
Bankruptcy No. 11 B 50056

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on August 14, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

John F Hiltz
Hiltz Wantuch & Zanzig LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604
Email: jhiltz@hwzlaw.com

Phillip D Levey, ESQ
2722 North Racine Avenue
Chicago, IL 60614
Email: levey47@hotmail.com
Trustee and Attorney for Trustee

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

## Served through First Clasee Mail

*Debtor*(s)
Debtor
Michael A Cunningham
4043 S. Harlem Unit 2
Berwyn, IL 60402